No. 7,870.—R. E. McALLISTER, Appellant, v. JOHN DULL-NER, Respondent.

Decided September 26, 1938.

PER CURIAM.—On motion of respondent it is ordered that the appeal in the above-entitled cause be dismissed for laches.

*Messrs. Molumby, Busha & Greenan,* for Appellant.

*Mr. W. P. Costello,* for Respondent.

No. 7,898.—STATE ex Rel. SANDER, Relator, v. DISTRICT COURT et al., Respondents.

Decided November 12, 1938.

PER CURIAM.—After due consideration of the above application, the writ is denied. (Mr. Justice Angstman dissenting.)

*Mr. Frank W. Mettler,* for Relator.